**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　V.<br><br>ZACHARY ALEXANDER KARAS,<br><br>　　　　　　　Defendant. | Case No.: 20MJ2186<br><br>COMPLAINT FOR VIOLATION OF:<br><br>26 U.S.C. § 5861 - Possession of an Unregistered Destructive Device |

The undersigned complainant being duly sworn states:

**Count 1**

On or about May 31, 2020, within the Southern District of California, defendant ZACHARY ALEXANDER KARAS, knowingly received and possessed destructive devices, specifically, two glass bottles with wicks that contained gasoline, a.k.a. "Molotov cocktails," not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861.

//
//
//
//
//
//
//
//

The complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Michael G Cote*
_____
Michael G. Cote
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this **Jun 6, 2020** day of June, 2020.

*Daniel E Butcher*
_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

2

## PROBABLE CAUSE STATEMENT

On or about May 30, 2020, Zachary Alexander Karas ("KARAS") was present at a protest in La Mesa, California. At approximately 2:00 a.m., on May 31, 2020, KARAS and Kali Braj Jonkuet ("Jonkuet") were observed sitting on the pavement at the corner of Allison Avenue and Spring Street, in front of trolley tracks, blocking traffic as part of an ongoing protest in the area. At the time of the protest in La Mesa, several fires had been set and those fires burned real and personal property. Officers gave orders to the crowd, including KARAS, to disperse for an unlawful assembly. KARAS was arrested after he failed to leave his position. Jonkuet, who identified herself as KARAS' girlfriend, was also arrested after she tried repeatedly to force her way through a police line to get to KARAS as he was being processed. Officers found a large stone in her purse, similar to stones that had been thrown at officers that night. Officers discovered that KARAS possessed two glass bottles with wicks that contained gasoline (hereinafter "Molotov cocktails"),[1] and fireworks.

In a video-recorded statement, after being read his *Miranda* rights, KARAS indicated that he made the Molotov cocktails in "his area" and indicated "his area" was on his identification card. But when asked if he made them at home, KARAS said, "no" and stated that he made them at the "station," believed to be a reference to the La Mesa Police Station. However, later in the interview KARAS said he brought the Molotov cocktails to the protest at the police station because he intended to use the Molotov cocktails to set fires, but ultimately did not cause any fires. KARAS said he got the bottles from a Rite Aid and used 87 octane gasoline as the fuel. He claimed that he had acted alone. KARAS was booked into jail and later released.

A special agent with the ATF inspected the Molotov cocktails and found them to be functioning incendiary devices. The Molotov cocktails were in a breakable container,

---

[1] Pursuant to Title 26, United States Code, Section 5845(f), a "destructive device" means any "explosive, incendiary…bomb…or similar device." According to ATF, in order to constitute a functioning incendiary device the device must (1) be a breakable container; (2) contain a flammable substance; and (3) include a source of ignition.

contained a flammable substance, and included a source of ignition. Therefore, KARAS' Molotov cocktails constituted a destructive device under Title 26. A special agent with ATF further confirmed the Molotov cocktails were not registered in the National Firearms Registration and Transfer Record.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause destruction of evidence, may have a negative impact on this continuing investigation.