UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY ALEXANDER KARAS,<br><br>　　　　　Defendant. | Case No. 20cr1842-DMS<br><br>I N F O R M A T I O N<br><br>Title 26, U.S.C. Section 5861 – Possession of an Unregistered Destructive Device (Felony); Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

　　The United States Attorney charges:

### Count 1

　　On or about May 31, 2020, within the Southern District of California, defendant, ZACHARY ALEXANDER KARAS, knowingly received and possessed destructive devices, specifically, two glass bottles with wicks that contained gasoline, a.k.a. "Molotov cocktails," not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861.

//
//
//
//

MCB
7/1/20

FORFEITURE ALLEGATIONS

1. The allegations contained in the Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Information, defendant ZACHARY ALEXANDER KARAS shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all destructive devices involved in the commission of the offense, including, but not limited to: two glass bottles with wicks that contained gasoline, a.k.a. "Molotov cocktails."

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

DATED: July 2, 2020.

ROBERT S. BREWER JR.
United States Attorney

By: MATTHEW BREHM
Assistant U.S. Attorney