030421

Zack Karas <zakkaras@hotmail.com>
Wed 1/20/2021 2:57 PM
To: Zack Karas <zakkaras@hotmail.com>



```
1  JOHN LANAHAN
   CALIFORNIA BAR NO. 133091
2  501 West Broadway, Suite 1510
   San Diego, CA 92101-3526
3  Telephone: (619) 237-5498
   Email: lawnahan@sbcglobal.net
4
   Attorney for Defendant Zachary Karas
5
6
7
8            UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10               (HON. DANA M. SABRAW)
11
   UNITED STATES OF AMERICA,  )  Criminal No. 20cr1842-DMS
12         Plaintiff,          )
                               )  ACKNOWLEDGMENT
13 v.                          )  OF NEXT COURT DATE
                               )
14 ZACHARY KARAS,              )
                               )
15         Defendant.          )
   _____)
16
17 STATE OF CALIFORNIA    )
                          ) ss.
18 COUNTY OF SAN DIEGO    )
19    I, Zachary Karas, hereby acknowledge that I am to appear before this Court for
20 my next court date on Friday, March 4, 2021, at 9:00 A.M.
21    I declare that the foregoing is true and correct.
22
   Dated: 01 · 20 · 2020              _____
23                                    ZACHARY KARAS, Defendant
24
25
26
27 C:\myfiles\FORMS\ackncd.nad
28
```

Z. Karas