## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A.  VS  ZACHARY ALEXANDER KARAS

Case Number: 20CR1842-DMS    WITNESS LIST    Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|------|-----|-----|--------------|
| MAY 10, 2021 | X | | SHAWN PATRICK SILVA |
| | X | | ANTHONY PORTILLO |
| | X | | DAN WILSON |
| | X | | MICHAEL COTE |
| | X | | SHERRIE THOMAS |
| MAY 11, 2021 | X | | KELSEY RANDELL |
| | X | | GARY SMITH |
| | X | | MATTHEW BEALS |
| | | X | ASHLYN ORBIN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |