MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A.   VS   ZACHARY ALEXANDER KARAS

Case Number:   20CR1842-DMS   EXHIBIT LIST   Jury Trial

☒   Plaintiff   ☐   Defendant   ☐   Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 5/10/2021 | 5/10/2021 | Map of San Diego area |
| 2 | 5/10/2021 | 5/10/2021 | Satellite photo of San Diego |
| 3 | 5/10/2021 | 5/10/2021 | Map of La Mesa with Library marked |
|  |  |  |  |
| 7 | 5/10/2021 | 5/10/2021 | Photo of Karas and Molotov cocktail from BWC |
| 8 | 5/10/2021 | 5/10/2021 | Photo of Sgt. Portillo with Molotov cocktails from BWC |
| 9 | 5/10/2021 | 5/10/2021 | Photo of Molotov cocktails (front view) |
| 10 | 5/10/2021 | 5/10/2021 | Photo of Molotov cocktails (back view) |
| 10A | 5/10/2021 | 5/10/2021 | Exhibit 10 with red annotation marks |
| 11 | 5/10/2021 | 5/10/2021 | Photo of smoke bomb fireworks |
| 12 | 5/10/2021 | 5/10/2021 | Photo of first Molotov cocktail being processed |
| 13 | 5/10/2021 | 5/10/2021 | Photo of Molotov cocktails (back view) |
| 14 | 5/10/2021 | 5/10/2021 | Photo of smoke bomb fireworks being processed |
| 15 | 5/10/2021 | 5/10/2021 | Photo of Thermo Scientific (first bottle) |
| 16 | 5/10/2021 | 5/10/2021 | Photo of Thermo Scientific (second bottle) |
| 17 | 5/10/2021 | 5/10/2021 | Property Release Receipt |
| 18 |  |  |  |
| 19 | 5/11/2021 | demo | Demo Photo of 87 Octane fuel |
| 20 |  |  |  |
| 21 | 5/11/2021 | demo | Demo Photo to towels |
| 22 | 5/11/2021 | demo | Demos Photo of bottle |
| 23 | 5/11/2021 | demo | Demo Photo of bottles and wicks |
| 30 |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A.                           VS        ZACHARY ALEXANDER KARAS

Case Number:   20CR1842-DMS        EXHIBIT LIST              Jury Trial

☒   Plaintiff      ☐      Defendant      ☐      Court

| | | | |
|---|---|---|---|
| 31 | 5/10/2021 | 5/10/2021 | CD – Karas arrest video |
| | | | |
| 33 | 5/10/2021 | 5/10/2021 | CD – of Karas post-arrest video on 5/31/2020 |
| | | 5/10/2021 | Clip A |
| | | | Clip B |
| | | | Clip C |
| | | | Clip D |
| | | | Clip E |
| | | | |
| 35 | 5/11/2021 | 5/11/2021 | CD – Karas Post-arrest video on 6/7/2020 (clips) |
| | | 5/11/2021 | Clip A |
| | | 5/11/2021 | Clip B |
| | | 5/11/2021 | Clip C |
| | | 5/11/2021 | Clip D |
| | | 5/11/2021 | Clip E |
| | | 5/11/2021 | Clip F |
| | | 5/11/2021 | Clip G |
| | | | |
| 38 | 5/11/2021 | 5/11/2021 | DVD- Securing of Molotov cocktails at vehicle video |
| 39 | 5/11/2021 | demo | DVD – Explosive Demos |
| | | | Clip A |
| | | | Clip B |
| | | | Clip C |
| | | | |
| 43 | 5/10/2021 | | Report of Sherri Thomas |
| 44 | 5/11/2021 | | Report of Gary Smith |
| | | | |
| 50 | 5/10/2021 | 5/10/2021 | Box with plastic bag containing two beer bottles |
| 50-A | 5/10/2021 | 5/10/2021 | Beer bottle #1 |
| 50-B | 5/10/2021 | 5/10/2021 | Beer bottle #2 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A.        VS        ZACHARY ALEXANDER KARAS

Case Number:  20CR1842-DMS        EXHIBIT LIST        Jury Trial

☒  Plaintiff     ☐     Defendant     ☐     Court

| 51 | 5/10/2021 | 5/10/2021 | Paper bag with two wicks |
|---|---|---|---|
| 51-A | 5/10/2021 | 5/10/2021 | Unlined paint can with Wick #1 |
| 51-B | 5/10/2021 | 5/10/2021 | Unlined paint can with Wick #2 |
| 52 | 5/10/2021 | 5/10/2021 | Metal container with charcoal strips in plastic containers |
| 52-A | 5/10/2021 | 5/10/2021 | Plastic container with charcoal strip #1 |
| 52-B | 5/10/2021 | 5/10/2021 | Plastic container with charcoal strip #2 |
| 53 | 5/10/2021 | 5/10/2021 | Metal container with bottle of gas sample |
| 53A | 5/10/2021 | 5/10/2021 | Bottle with gas sample |
|  |  |  |  |