**FILED**

MAY 11 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY ALEXANDER KARAS,<br><br>Defendant. | Criminal Case No. 20CR1842-DMS<br><br><br>**VERDICT FORM** |

We the jury in the above entitled cause find the defendant Zachary Alexander Karas,

(1)   As to the offense of possession of an unregistered destructive device as charged in Count 1 of the Information:

_____ Not Guilty          ✓ Guilty

ꭰmꝪ 5-11-21

DATED: 5/10/2021
San Diego, California                    FOREPERSON OF THE JURY