```
RANDY S. GROSSMAN
Acting United States Attorney
MATTHEW BREHM
Assistant U.S. Attorney
California Bar No.: 239288
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8983
Email:  Matthew.Brehm@usdoj.gov

Attorneys for the United States
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR1842-DMS |
|---|---|
| Plaintiff, | Date:  August 13, 2021<br>Time:  9:00 a.m. |
| v. | The Honorable Dana M. Sabraw |
| ZACHARY ALEXANDER KARAS, | **THE UNITED STATES'** |
| Defendant. | **SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Matthew Brehm, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case and evidence admitted at trial.

    DATED:  August 6, 2021                Respectfully submitted,

                                                              RANDY S. GROSSMAN
                                                              Acting United States Attorney

                                                             */s/Matthew Brehm*
                                                             Assistant United States Attorney

SENTENCING SUMMARY CHART     USPO [ ]
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]     AUSA [☒]
Sentencing Date: August 13, 2021     DEF [ ]

| | |
|---|---|
| Defendant's Name: Zachary Alexander Karas | Docket No.: 20CR1842-DMS |
| Attorney's Name: Matthew Brehm | Phone No.: 619-546-8983 |
| Guideline Manual Used: November 1, 2018 Ed. | Agree with USPO Calc.: Yes ☐ No ☒ |

| | |
|---|---|
| Base Offense Level(s): Poss. Unregistered Destructive Device [§ 2K2.1(a)(5)] | 18 |
| Specific Offense Characteristics: | |
| Destructive Device [§ 2K2.1(b)(3)(B)] | +2 |
| | |
| Reckless Endangerment During Flight: | |
| Adjustment for Role in the Offense [USSG § 3B1.2]: | |
| Adjusted Offense Level: | 20 |

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility [☐ Government Motion – USSG §3E1.1(b)] | |
| Total Offense Level: | 20 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

___ Career Offender     ___ Armed Career Criminal

Guideline Range:     from __33__ mths
(Range limited by: ____ minimum mand. ___ statutory maximum)     to __41__ mths

Departures:
None

Resulting Guideline Range: Adjusted Offense Level ____     from ____ mths
    to ____ mths

RECOMMENDATION:    33 months custody, 3 years supervised release, $3,500 fine
ALSO RECOMMENDED: