DEFENDANT'S EXHIBIT A

Greetings Your Honor:

My name is Donna Karas, and I am the mother of Zachary Karas, registration 93207-298.

Some background information about me:  I myself am a burn survivor of almost 60 years, and a child of the 60s, a hippie if you will. I have been an activist to some degree for most of my life, championing those whose voices were unheard. I taught my son to stand up for what he believed in, to question authority, and to have compassion for the less fortunate.  I took him on many 'feeding the homeless' missions in downtown San Diego as he was growing up, where he would ride his skateboard around offering food, clothing, blankets, jackets and toiletries that we collected to the homeless population.  I took him to protests surrounding Trayvon Martin's murder and had to have the unfortunate conversations that mothers of brown skinned young men have to have these days. My son could have been Trayvon Martin; he wears hoodies and used to walk 7 miles from Point Loma to his apartment in Clairemont Mesa after work because the buses weren't running that late. I took him along with me to other rallies for racial justice/injustice as we were able to attend due to my work schedule as a night nurse (relief charge nurse) in the medical ICU at Sharp Hospital.

Now about Zachary:  Zachary was raised to be a positively-contributing member of society, to speak his truth as a young Black man and to not accept the status quo.  He was always loved and cared for, and to broaden his horizons, every summer from the ages of 7 to 14, I sent him to summer camp in the mountains of New Hampshire ~ to experience a different lifestyle than what he was exposed to in San Diego.  What he was not raised with at any time in his life is violence, poverty, alcohol, drugs, weapons, hatred, or destruction of property.

My son's father is an alcoholic. Six months into the relationship, shortly after I became pregnant, he became verbally abusive and I left. His father has been largely out of the picture for most of Zachary's life, for better or worse.

I enrolled Zak in Big Brothers but nothing came of it.  I wrote to the Chargers organization and to the Black meteorologist we used to have on KUSI (C.S.Keys), literally begging for someone to take my son under their wing.  Nothing happened.  I pushed Zachary into playing team sports even though he wasn't really athletic, hoping one of the team dads would 'adopt' him, but again, nothing.  I tried, I really did.

At the age of just 9 years old my son and his friends asked for help to set up a lemonade and cookie stand to raise money to send to New York City after the 9/11 events.  As an adolescent my son used to come up to the ICU in Sharp Memorial Hospital where I worked, and visit with the unconscious patients on ventilators who had no family coming to visit them.  When I had surgery in 2013 Zachary would come to my house and clean for me and prepare food for me because I was unable.

As a burn survivor with visible facial scarring, and having so much insecurity about how I look, my young son used to comfort me about my appearance and tried to bolster my self esteem.  He has a hugely compassionate heart and frequently tries to help others.  He shows so much patience with my nephew who has special needs, way more than I ever could ~ my nephew makes me want to scream, and Zachary sits there being ever so tolerant.

Zachary would give you the shirt off his back if you needed it.  As a young man he asked me to take in a friend whose mother had disowned him, and that young man stayed with us for several months until he got on his feet. He would give you his last money to buy food if you were hungry, or to buy gas if you needed to get to work.  Just last year he invited a homeless friend to sleep on the floor of his bedroom

until his friend got better situated. Zachary was in the process of applying for approval to provide care for a dying family friend (cancer) when his court date came and he was remanded into custody.

My son would do anything I asked him to, except stop drinking.

Once he drove off Sea World Drive into the San Diego River. We talked about his unhealthy relationship with alcohol and he started to achieve short periods of sobriety. Unfortunately one year later, after 10 days of sobriety, someone called him and invited him to Sunset Cliffs for sunset, drinking and guitar playing, and he went. After consuming a fifth of alcohol between the two of them he stood up to urinate and got tipsy, swayed and fell face forward off the cliffs, falling 12-15 feet and face-planting on the cliffs. He suffered significant head trauma with that fall, completely fracturing 90% of the bones in his skull, and really went down the rabbit hole after that. He was not living with me (although I did care for him in my home both times until he was physically able to care for himself), but at times I would watch him just staring off into space, lost in that darkness of head trauma. It took four years for him to finally feel like the fog lifted after that fall. Unfortunately, he still continued to drink.

About a year after that I fell down the stairs at work and became disabled from my injuries, and in 2017 moved to Florida for a better quality of life for the amount of money I now receive on SSDI. He chose to not move with me, not caring for the weather here in Florida, however he fully participated in my move, packed the truck for me, drove furniture from my parents' home in Boston to me in Florida and helped me get moved in, but once I moved away I no longer had 'eyes on' what was going on and could not just pop in to his apartment to check on him.

I became aware of how bad Zachary's alcoholism was when he came to visit me here in January of 2020. He drank a half-pint of Jaegermeister in 20 minutes ~ and although he visibly relaxed and was having fun, he was not drunk. I told him that that amount of alcohol in that short period of time (a dozen shots or more in an hour) would put most folks in the hospital with alcohol poisoning; he assured me had been doing this for 10 years and he was fine. I was absolutely devastated and two days later I started attending Al-Anon meetings, which have helped me cope tremendously. I have encouraged him to attend AA meetings since he drove off SeaWorld Drive, but he declines to attend.

On the day Zachary was initially arrested, I myself was at a Black Lives Matter protest here in St. Petersburg, Florida. What I was told by one of his friends was that he wanted to go home but was peer-pressured into staying. I absolutely know 100% in the very cells of my being that if it were not for the alcohol, this would never have happened. This is such an aberrant behavior that to this day, over a year later, I still have trouble comprehending it, and I am extremely intelligent; it is absolute cognitive dissonance for me. I am the one who asked for him to attend some sort of alcohol treatment program while he was awaiting trial. I also again encouraged him to go to AA but like many alcoholics, although he has admitted he has a problem, he still thinks he can handle it. I would ask for him to have court-ordered AA while he is incarcerated, if possible, in the hopes he will have tools to be able to maintain sobriety when he is released.

I am writing this rather lengthy email to try and give you a true picture of the kind of man Zachary is and the background he comes from. When he told me he was in possession of Molotov cocktails I was positively aghast, because as a burn survivor I could not imagine inflicting this injury on anyone else. I asked him what he possibly could have been thinking and his response was "I don't know Mom. I got caught up in the madness. They were shooting rubber bullets and spraying pepper spray and I just got caught up. I didn't even have a lighter on me, there was no way I could have lit them".

Zachary is loved by many. He has huge family support and friend support and even community support. His employers love him and are holding his job for him. His landlord is a lifelong friend and will be writing his own letter to you. Zachary is very connected and established and this singular event absolutely was out of character for him.  He needs treatment for alcoholism, and some sort of punishment for the actions he did take, but please show him some leniency.  He is not a violent criminal going down a path of destruction - he suffered a significant lapse in judgement which led us to where we are today.

Thank you for taking the time to read this lengthy diatribe and I personally would appreciate any consideration you can give.  My son is not at this time a hardened criminal and I would hate for him to spend any length of time with those who are, who might try to radicalize him to further violence.  That is my biggest fear, as a parent, that I will lose him to prison gangs or violence.

Respectfully,

Donna Karas RN BS MSHS
Treasure Island, Florida
(formerly San Diego)

DEFENDANT'S EXHIBIT B

19 May 2021

To whom it may concern:

I am writing in reference to the sentencing to be imposed on Zachary Karas for his guilty verdict recently in Federal Court. It is my understanding that he is, in fact, guilty of charges against him and do not condone his actions or make excuses for him. That being said, I still find it necessary to attempt to persuade whoever holds the future of this young man in their hands, to show some leniency.

I am Zachary's uncle and have known him all my life. Although we live on opposite sides of the country, our family is still fairly close and stay in touch when we can. I believe I know Zachary very well and find this behavior he is guilty of to be outside the norm of his behaviors. Zachary has grown into a very respectable young black man who did something very dangerous and stupid due to his behavioral issues which he is dealing with.

1. Zachary has, and has admitted, he has an alcohol problem. Since his arrest he has remained sober and complied with all requirements set before him. He was inebriated during his time of arrest, and is not an excuse, but does help to explain an uncharacteristic response to the stimulus of that time and place.
2. Zachary has maintained his employment in good standing up till he was incarcerated awaiting sentencing. He had, as I have been told, the support of his employers while in court, which is evident of his ability to be a solid citizen.
3. He comes from a home with a caring Single Mom, who did her best to instill good morals in him, and until now had not had any encounters with law enforcement that I am aware of. He comes from a family that has nurtured him while growing up but does not currently reside in close proximity to him and can only support him from afar.
4. I do think that Zachary has great remorse for his actions although he has never been one to wear his emotions on his sleeve and therefore, may not appear as contrite as I know he is.

I hope you can find it in your heart not to destroy the life of this young black man with a sentence that will leave him exposed for too long with the criminal elements he will then be in contact with while in prison. If the object is to lock up bad guys and teach good guys who make bad decisions, then I think that Zachary could use a break before he becomes a bad guy.

Thank you for taking the time to consider what I have said, but ultimately, I know you have to do what you think is right under the rules of law.

Respectfully,

Bryan M. Karas

4 Kennedy Lane, #10

Milford MA

DEFENDANT'S EXHIBIT C

My name is Irwin J. Karas and I am Zachary's eighty eight year old grandfather. *I am writing this letter in support of Zachary who lived with my wife Joan and I from birth up to his early years. Zachary has always shown great intelligence until he unfortunately fell under the influence of alcohol. I am not making excuses for him, because his actions were not excusable. Zachary has always been a hard working and very dependable individual, with respect for people and always ready to help anyone that needed his aid. This was his first offense and I know he has a great deal of remorse for his actions. He grew up with a single mother who loves him very much and is very despondent with his incarceration. We are aware that he was found guilty and understand that he has to pay for his actions, but we also hope that a young man who made a mistake, which is not his normal way of life should have some leniency in sentencing.*

Irwin J Karas Framingham Massachusetts 617-538-0767

# DEFENDANT'S EXHIBIT D

June 22, 2020

To whom it may concern:

I am writing this letter on behalf of my nephew Zachary Alexander Karas.  I have known Zachary his whole life. Growing up he was a sweet, shy little boy. He was raised by his mom who is my sister. She is a strong, smart, and resilient woman who has dedicated her life to instilling strong morals and values in her son.

Zachary has grown into a kind, caring, sensitive young man. He doesn't always show his feelings or emotions outwardly, but those who know him know their depth. I would describe Zachary as laid back, passive, and easy going. He likes to have fun and would never intentionally cause harm to anyone or anything.

I have a 19 year old son who has suffered with mental health challenges for several years and I have always appreciated the patience Zachary has exhibited when interacting with him. My son loves his cousin, but can be a bit over the top when they get together. Zachary never made him feel awkward or self- conscious and only showed patience, love and kindness to him. For this I am forever grateful.

Zachary is hard-working, dependable and responsible. He has never been in trouble before and is a contributing member of society.  He has a huge heart and is always willing to lend a helping hand or to volunteer in his local community. I enjoy every occasion that I get to spend with him and look forward to many more family get-togethers in the future. I am proud of the man he has grown up to be and have enjoyed being a part of his life and his journey.

Please do not hesitate to contact me if needed.

Sincerely,

Eileen Cooke

eileenkarascooke@gmail.com
213-422-2882

DEFENDANT'S EXHIBIT E

Honorable Dana M. Sabraw
333 W Broadway #420
San Diego, CA 92101
Case Number 20CR1842-DMS

My name is Alan R Pryor II; I am a Navy veteran of 6 years, and currently a full time student attending college to obtain a Bachelor of Science degree in Physics. In writing this letter, I hope to reveal and enlighten the true nature of Zachary Alexander Karas for anyone who never got to sit down, bond, and grow with him as I have.  I met Zachary Karas when I was 13, he wasn't revealed to the family till then. The first day I met him we bonded over the same activities and aspirations. He became my closest cousin and one of the few people I can be myself around.  Zach has always supported people, even when he needed just as much support as he was giving. Zachary Karas empathy for people may be too supportive at times, but it's the result of having a kind heart. To once being homeless himself and eventually letting people stay over at his home when he got one. To financially supporting friends when he himself didn't have much.  For the mistake that happened and action that was committed, it's why I know this incident that occurred wasn't something he would do with pure malicious intent, but was a misguided attempt in him believing that this was the right way to be supportive in change. In all my years of interacting with Zachary Alexander Karas, I know he's not an intentional obstructive, hostile, violent or lethal human being to society. He contributes to the growth of California with his work integrity and supportive emotional sociability with people. In revealing these traits, it's not to sway what he did, but reveal in the confusion why. I humbly ask to look at Zachary Alexander Karas and see his sincerity and genuineness, while your Honor, Honorable Judge Dana M. Sabraw makes the sentencing decision. Thank you for your time, patience and consideration.

Very Respectfully,
Alan Russell Pryor II

DEFENDANT'S EXHIBIT F

07/14/2021

Russell Alexander Pryor Jr.

8135 N 35th Ave. Apt 2135

Phoenix, AZ 85051

Honorable Dana M. Sabraw

333 W Broadway #420

San Diego, CA 92101

Case Number 20CR1842-DMS

Your Honor,

My name is Russell Pryor, and I am a music producer, percussionist, and educator from San Diego, CA. Furthermore, I am writing this letter to consider leniency in the sentencing of my second Cousin Zachary Alexander Karas. I have known Zach since I was an early adolescent while living in the Kearny Mesa neighborhood of San Diego. In addition, Zach is a supportive-dependable person, and our kinship has always been of good nature, positivity, and decency. Furthermore, I have always been comfortable with talking to Zach about anything because he has a good heart and a sound mind.

During my time in college, I could always count on Zach to be positively supportive and present during my recitals and several musical projects. To further explain, I have received my Bachelor of Arts in Music Education from Point Loma Nazarene University ('18) and expected to graduate with my Master of Arts in Music Industry / Business from West Virginia University ('21). Moreover, it is appropriate to say that Zach was one of the positive-encouraging family members (in my carefully selected circle of family and friends) to encourage me to pursue and complete my higher education.

Your Honor, I am fully aware of the seriousness of this case, and quite frankly, our family is devastated over the conviction; and his mother (the closest person he has) has had a serious illness due to the outcome. In addition, Zach is not a volatile character, disruptive human being, nor a menace to society, regardless of the mistake he has made. Furthermore, I have positive longevity plans for Zach relating to the musical arts when he is released from imprisonment. Honorable Judge Dana M. Sabraw, I am asking for your leniency and consideration of this letter during sentencing. It is my deepest hope and prayer that the court will establish clemency and take this letter into consideration. Thank you.

Sincerely,

Russell Pryor Jr.

DEFENDANT'S EXHIBIT G

Mara Harris

708 Santa Clara St., Vallejo, CA 94590

July 28, 2021

Honorable Dana Sabraw

Judge of United States District Court for the Southern District of California

940 Front Street, San Diego, CA 92101

Re: Zachary Karas

Dear Judge Sabraw,

I am writing on behalf of Zachary Karas. I am Mara Harris, a Yoga Teacher of 20 years within the San Diego community, and a long-time family friend of Donna Karas, Zachary's mother, and Deb Cool, Zachary's Godmother. I have been acquainted with Zachary for nearly two decades and know him from childhood to the present.

Zachary Karas has not been involved in unruly ways with The Law prior to this arrest; it is understandable to me, for his involvement in the Black Lives Matter protest as a bi-racial person who has experienced real contrast in the treatment between white and black members of our community. At the time of his arrest, he was employed and an actively contributing member of our community; educated, paying rent, working, and involved in a mutually loving relationship.

Zachary Karas is a cared for and caring human being to those who have relations with him. Zachary has been a long-time caregiver to his Godmother, who suffers as handicapped and with an acquired brain injury; he has provided both continuous physical and administrative support to her in his youth and into his young adulthood.

I, Mara Harris, as both a community member and as an individual maintaining a personal relationship with Zachary Karas, implore The Court to consider his record, community standing and involvement, his personal obligations, and his self-conscious intelligent personhood. Sentencing Zachary to prison, a bright and caring, twenty-nine year old young man, with no prior indications of conflict with the law, would bring no benefit to his person, our community, nor his family. I instead plead The Court to consider psychological counseling as an alternative to the detriments of a prison sentence.

Thank you for your consideration and The Court's ability to contextualize this matter relative to Zachary Karas' past record, positive community involvement, his value and reliance to those that hold personal relationships with him, and his own life experience by which his actions may have been an influence during his arrest.

With respect,

Mara Harris
619-723-0723
yogaexplorer@gmail.com

DEFENDANT'S EXHIBIT H

**To Whom It May Concern,**                                             6/8/2020

I am writing in regard to Zachary A. Karas, whom I have known since he was 8 years old. He was our neighbor for over 5 years and was good friends with my own girls. Zak, as we call him, was always a very calm and polite young man and he was the first to step up and provide assistance in a group of kids. Zak was always very curious and enjoyed playing outdoors as much as his time alone playing and listening to music. As an only child of a single parent, he had his mother's full attention, support and love. Although as a nurse she worked long hours, he was always well cared for and in a loving environment. Our kids also shared a babysitter so they were together a lot.

When I heard of Zak's recent brush with the law, I was quite surprised, as he was never one to be violent or even lose his temper or get loud. He, like I, use our music and our creativity to express our frustrations and our fears. This usually gives us the outlet to release any pent-up fear, anger and resentment. Although the circumstances surrounding his arrest seem suspicious, I am sure that Zak had no ill will or violent intent when choosing to attend a peaceful protest for the recent events in America.

The fact that he has never been arrested nor have I ever even seen him raise his voice the whole time I've known him and he hung out every day with my kids and they played at my house. His mother and I would split the cost of our kids January birthday party so they could have the best ones since Zak and my daughter's birthday were only a week apart and they shared the same neighborhood friends. We did this for years. That is how close we are to Zak and his family. Although I moved from California about 5 years ago, I have still been in contact with Zak over social media and when he has visited here in Florida and although he has had setbacks, like all of us growing up, he has taken responsibility and taken positive steps toward healing and changing. Please take into consideration the fact that Zak has never been in trouble before and has been a positive and contributing member of society since he graduated high school 10 years ago. And he is a calm, respectful, courteous and very intelligent young man.

Sincerely,

Carolyn Ballenger
(619) 518-8108
12050 Park Blvd., #101
Seminole, FL 33772

DEFENDANT'S EXHIBIT I

Jun 6, 2021
Re: Zack Karas

To whom it may concern:

I've known Zack for about 20 years, since he was in 5th grade and became friends with my two sons. My wife and I quickly became friends with his mom and we built a very good relationship where she would take care of the 3 boys at times, and we would take care of the 3 boys at other times. Zack was always very respectful and helpful.

As they grew up, Zack continued to be friends with my boys, including all the way through high school, prom and graduation, where I saw him grow into a very good member of society.

I stayed in touch with him because of his wonderful demeanor and friended him on Facebook about 15 years ago, and often checked in on him to see how his jobs were going.

When my wife passed away in 2011, he was looking for a new place to live and I quickly invited him to stay at my house.  In exchange, he would help with chores around the house, including mowing the lawn (which is no easy task). He was always very clean, quiet, and respectful, even when he invited guests over. He followed the rules of my house and helped enforce those rules when his friends came over.

Up to the day that he was found in La Mesa last year during the George Floyd riots, he continued to live in my extra room and maintained it very well.

After all this time, I will continue to respect Zack and know he will continue to be a great tenant when the time is right for him to return.

I encourage you to ask any additional questions about this wonderful person I know.

Sincerely,
Rob Spahitz
SDJavaGuy@yahoo.com

DEFENDANT'S EXHIBIT J

August 10, 2020

Blisse Mellen-Ross

3265 Central Ave,

Spring Valley, CA 91977

Blissross@hotmail.com

(619) 559-4578

To Whom it may concern,

I met Zachary Karas in 2004, when we were both 7th graders in the Seminar Program at Correia Junior High School.

_San Diego Unified School District, outlines GATE Seminar as follows,_ "Children who test three standard deviations above the mean are atypical learners who require programs significantly differentiated from the more typical GATE Cluster programs in order to feel comfortable with themselves and their differences and to develop their exceptional potential. The Seminar Program is intended to serve varied students who need extraordinarily high-level, advanced and challenging curricular activities; those with extremely high tested ability but low school achievement; and those students who are divergent thinkers and "march to a different drummer...Seminar identification requires a Raven Score of 99.9% or Raven Score of 99.6-99.8%."

Throughout my school years, while it was obvious that my fellow Seminar classmates were all very bright, we were by no means an easy class to manage. A somewhat unfortunate aspect of pre-teens who need "extraordinarily high-level, advanced and challenging curricular activities," is that they also tend to challenge you. Junior High is, for most everyone, a strange limbo between childhood and adulthood; a time where we test ourselves and others as we find out who we are, and start deciding who we want to be.  As my Seminar classmates tested these waters, a majority of them tended to be, quite honestly, arrogant, sarcastic, thoughtless, immature, and often outright cruel.

Even as a pre-teen boy, Zack was never any of those things. My first impression of him was that he was quiet, genuine, sharp-witted, and had a great sense of humor. Zack wasn't quiet in a nervous or shy way, he was just the kind of person that didn't need attention or validation. He never needed to announce his presence. He never needed to talk over other people, or put people down, he never needed to prove anything to anyone. You never needed to guess Zack's hidden motives or try and figure out what he was thinking, you just asked him, or he just told you. He was genuine in every single encounter I saw him have. He never pretended to be anything he wasn't, he acted the same when he met my grandfather as he would act when he would meet one of my friends.  It wasn't a lack of respect, it was a kind of sincerity that I have encountered very few times in my life.

DEFENDANT'S EXHIBIT K

August 1, 2021

Madolyn Covill
3265 Central Ave,
Spring Valley, CA 91977
mncovill@gmail.com
(619) 987-0140

To whom it may concern,

Zack is one of my oldest friends. We met in 7th grade, now almost 17 years ago. I was always quiet and a little awkward growing up and had a hard time making friends, but Zack has always been easy to make friends with. Whether it was which cartoons we were watching or which homework assignments we were struggling with, he was always able to find something to talk about with me and get me out of my shell.

We were in the Seminar gifted program in school, and our small class had its share of drama over the years, but Zack always stayed clear of it or tried to diffuse it as best he could. He never blamed anyone else for his problems, even in cases when he was wronged. He has been abandoned by friends and family in times of need on multiple occasions throughout his life, but is always ready to forgive and give them a second chance. He has always been compassionate, forgiving, and full of love for everyone in his life.

After we graduated, Zack has been one of very few people I've kept in contact with from High School. At this point, he feels more like part of my family than just one of my friends. He's always been there for me and others whenever he could. He took in an abused, abandoned kitten and raised her to be one of the best and sweetest cats I've ever met, volunteered to cat and house-sit for my family, and even helped me install a new wall-mounted microwave when the door fell off my old one.

The Zack I know is one of the best and most caring people I know, and I just hope that he can be given the same second chance that he has always been willing to give everyone else in his life.

Thank you for you time.

Madolyn Covill

DEFENDANT'S EXHIBIT L

Benjamin Baker
31 Summer St., APT 2
Rowley, MA 01969

June 5, 2020

To Whom It May Concern,

I am writing this letter as an attestation to Zack Karas' upstanding character. I have known Zack and his family since 2001, when he was the first person to welcome me to our Summer Camp. I showed up and didn't know anyone, but Zack had been there the summer before and showed me around. We became fast friends, and we continued to spend our summers together for the next 10+ years as campers and then co-workers, where he again showed me the ropes in our camp's kitchen.

I wish I had one shining memory of Zack rescuing a canoe filled with small children from a certain doom, but I do not (if that did happen, please refresh my memory!). Instead I have hundreds of snapshots of him helping in smaller ways- encouraging us on miserable hikes through mud and rain, helping us laugh when everyone was feeling homesick, truly listening to his friends when they were down, flying across the country to help his grandparents move, and of course the occasional harmless- but- hilarious pranks involving strange arrangements of furniture .

Zack is a good man and I will always be proud to call him my friend. He is a helper and I will always stand with him in that. He surely does not deserve a felony over this matter. I hope this letter has been of some help in demonstrating his high character. Please do not hesitate to reach back out if I can be of any further help.

Sincerely,

Benjamin Baker

DEFENDANT'S EXHIBIT M

To whom it may concern:

It is a pleasure for me to provide a character reference for Zachary Karas, whom I have known as a classmate and friend for over 12 years.

I first met Zack in Jr high school and were acquainted through several classes that we both attended. He was well liked amongst our peers and was always described as being the "chill" kid. Somewhere within those years we had become good friends and is one of the only people I have kept in contact with. Zack has become very close with my family and attends family dinner nights at my mother's house, because he has become like a son to her as well as a brother to me. Anyone who speaks about Zack always has funny stories, or great things to say, and I constantly witness people becoming his new friend immediately. He never judges anyone for being themselves, and is one of the most inclusive people I have met.
 Zack has had some trials in life that were hard to overcome as a young man, and unfortunately developed a drinking habit. With his calm demeanor it was always hard to tell when things were really bad for him, so I don't believe he ever received the support he needed from his friends who he is always surrounded by. Zack is in need of treatment. I truly believe he made a bad choice in the wrong mind set, but in reality, he has never shown any violence, never carried weapons, and never involved himself in dangerous activities. We would all greatly appreciate the consideration of treatment for Zack when making any sentencing decisions.

As a friend, Zack is very selfless and is willing to put himself last for his loved ones. Zack is very calm and collected and never displays any type of discontent when put in difficult situations in the past, and always has been the example on how to behave in those times. I can say with total confidence that he is kind, polite, a contributor to society, a loyal friend, and displays a good moral character.


Sincerely,

Hannah Bokanoski
Hbokanoski@gmail.com

DEFENDANT'S EXHIBIT N

Hello,

I am writing on behalf of Zack Karas.
I understand that his trial is coming up, and as one of his employers, I would like to say a few words on behalf of Zack.

After hearing what Zack was arrested for, and the series of stupid decisions that he had made in conjunction with others that evening, I was very disappointed in his actions. Zack has always been a good hearted kid and a great employee, so hearing what he had been caught holding was quite a let down.

That being said, I also understand that people can from time to time make stupid decisions, especially when alcohol is involved, and it sounds like this is what Zack fell prey to. Knowing his nature, personality and character, I think Zack had a lapse of good judgment and fell to peer pressure.

Having worked with him for many years now, I can say that at his heart Zack is a very caring and respectful person that, while he made a stupid decision, is not in any way a violent person.
At work he is a very skilled and necessary component of our team, and both on site or at the shop, he is and has been an essential and positive member of our work family.

I believe there is a punishment for Zack that is necessary to implement, but I would implore you to not commit someone with the passive nature of Zack to endure jail or prison time. It would be extremely detrimental to any future progressive moves in Zack's life, and would alter a person whose personality currently has no place for extreme violence.

I believe that community service would force Zack to make up for his poor decisions, and it would actually benefit the community that we live in vs putting him into a jail cell that we will then be required to pay for. I believe Zack is in good standings with his Parole officer, and I believe he should have to maintain those visits, as well as some time in AA.

If prison or jail time is an option, I would again implore you to reconsider those actions, and instead choose an alternative that would be both just and fitting to the actions Zack was arrested for. Please do not send a non-violent, susceptible person such as Zack to an institution that will most likely mold him closer to something that he is not.

I am of course open to discuss Zack and this situation at any time, please feel free to call me at my cell listed below.

Thank you.

David

 tecture

DAVID MICHAEL
Principal // Creative Director
o: 619.831.0325
c: 619.307.3700
CA Lic. # 993116

DEFENDANT'S EXHIBIT O

 **tecture**
www.tectureinc.com

05/04/2021

**To Whom It May Concern:**

I am writing this letter on behalf of Zack Karas, a trusted and respected employee of Tecture Design and Fabrication. Zack was hired here approximately 5 years ago, when we were a much smaller and more informal company. His young and energetic demeanor was a perfect fit for our studio culture at that time, he was excited to work on a variety of tasks, completing each one with care and craft.

As our company has matured, taking on ever larger and more complex projects, so to has Zack matured. Although his youthful exhuberance has mellowed over the years, his motivation and desire to excel is still intact.

His loyalty and trustworthiness is a true asset to our company. I for one trust him whole-heartedly. As case in point, he has access to our facility (has a key and an alarm code), and we trust him to open and/or close the shop when workflow requires. I have a decade developing and growing this company and I trust him with keeping it safe and secure.

Zack has become a true friend to much of our staff and we have never had an incident that has severed our confidence in him.

I hope that a presumed series of bad choices, occurring over the course of several hours on an evening in La Mesa in 2020, will not hinder his growth as a person, nor will it affect the employment status of a valued employee.

Thank you for thoughtfully considering Zack's role here amongst our team.

Kyle Freih
Co-Founder // Director of Operations

2001 Main Street, Suite A
San Diego, CA 92113
e:office@tectureinc.com
p:619.831.0325

DEFENDANT'S EXHIBIT P

Your Honor:

I am writing with sincere regret for my actions the night of May 30, 2020. I am fully aware my actions were dangerously unreasonable and unnecessary. They were in no way a part of my character and there is no excuse that could justify what I had done. My thoughts that night had strayed far from who I am. It was the first time I had ever attempted anything of this nature, and will surely be the last.

I consider myself an intelligent person, but I admit my choices that night do not reflect that opinion. I have held a steady full time employment with the same company for approximately 5 years. I am the primary care giver for Deb Cool, who is my disabled god mother and I recently took part in several community service activities. I carried a clean record under pre-trial monitored observation from June 2020 until May 2021, and complied fully with the directions of Pre-trial Services.

My actions that night were brought about by many things. First, as a man of mixed race, I was deeply hurt by the gruesome act the provoked the protest, the murder of an African American  man in broad daylight by a police officer. It was necessary for me as an African American man to join what proved to be a nationwide protest for racial justice and equality. I felt the response by the La Mesa Police Department to what was a peaceful protest was extreme, and I was frustrated the police felt justified in using the force they did, such as firing rubber bullets into the crowd of protesters.

This angered me and I was under the influence of alcohol, which clouded my judgment and pointed me in a direction I had never been before, and will never go again. It gave me a momentary and false sense of power and control that was far from either. Fortunately, by the time I returned to La Mesa, I saw close up the results of the violent activity and came to my senses and never used the two Molotov cocktails I had.

My possession of these was an aberrant and dangerous act which will leave a mark on my life forever. I see now how things can get out of control, and that no matter what may provoke or seem to justify anger, violence is never the answer.