JOHN LANAHAN
California Bar No. 133091
501 West Broadway, Suite 1510
San Diego, CA 92101-3526
Telephone: (619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Zachary Alexander Karas*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 20-1842-DMS |
| Plaintiff, ) | Date: 13 August 2021 |
| ) | Time: 9:00 AM |
| v. ) | |
| ) | DEFENDANT'S SENTENCING |
| ZACHARY ALEXANDER KARAS, ) | SUMMARY CHART |
| Defendant. ) | |

TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, AUSAs JOSEPH J. M. ORABONA AND MATTHEW BREHM, and KRISTEN APONTE, UNITED STATES PROBATION OFFICER

Zachary Alexander Karas, the defendant in this case, by and through his counsel, John Lanahan, files the following Sentencing Summary Chart, filed pursuant to Local Rule 32.1(a)(8).

Dated: August 6, 2021                Respectfully submitted,

*John Lanahan*
John Lanahan
*Attorney for Zachary Alexander Karas*

# SENTENCING SUMMARY CHART

USPO ____
AUSA ____
DEF _x_

| | |
|---|---|
| Defendant's Name: <u>Zachary Alexander Karas</u> | Docket No. <u>20cr1842-DMS</u> |
| Guideline Manual Used: November 1, 2018   Agree with USPO Calc.: | <u>No</u> |
| Base Offense Level: | <u>12</u> |
| Specific Offense Characteristics: USSG § 2K2.1((b)(3)(B) | <u>+2</u> |
| Victim Related Adjustment: | ___ |
| Adjustment for Role in the Offense: | ___ |
| Adjustment for Obstruction of Justice: | ___ |
| Adjustment for Reckless Endangerment During Flight: | ___ |
| Adjusted Offense Level: <br> _ Combined (Mult. Counts)  _ Career Off.  _ Armed Career Crim. | <u>14</u> |
| Adjustment for Acceptance of Responsibility: | <u>-2</u> |
| Total Offense Level: | <u>12</u> |
| Criminal History Score: | <u>0</u> |
| Criminal History Category: <br> _ Career Offender  _ Armed Career Criminal | <u>I</u> |
| Guideline Range:                           from <br> (Range limited by: _ minimum mand.  _ statutory maximum <br>                                              to | <u>10</u> <br><br> <u>16</u> |
| Departures and Variances: <br><br> Aberrant behavior | <br><br> <u>-2</u> |
| Resulting Guideline Range:                 from <br>                                              to | <u>6</u> <br> <u>12</u> months |

h:\forms\sentsum.cht