| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

ZACHARY ALEXANDER KARAS,

    Defendant-Appellant.

No. 21-50185

D.C. Nos.
3:20-cr-01842-DMS-1
3:20-cr-01842-DMS
Southern District of California,
San Diego

ORDER

Before: PAEZ and WATFORD, Circuit Judges.

    Appellant's motion for bail pending appeal (Docket Entry No. 23) is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

    The briefing schedule established previously remains in effect.

KWH/MOATT